# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

v.   Case Number: 4:21−cr−00350

Asia Monae Hailey

## NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

George C Hanks, Jr

**PLACE:**
Courtroom 9C
United States District Court
515 Rusk Avenue
Houston, Texas 77002

**DATE:** 5/13/2025

**TIME:** 01:30 PM

**TYPE OF PROCEEDING:** Re−Arraignment Hearing

Date:   May 8, 2025

Nathan Ochsner, Clerk