United States Courts
Southern District of Texas
FILED

*May 08, 2025*

Nathan Ochsner, Clerk of Court

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **CRIMINAL NO.  4:21-CR-350-8** |
| | § | |
| | § | |
| **ASIA MONAE HAILEY** | § | |
| | § | |

## SUPERSEDING CRIMINAL INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

### COUNT 1
### Conspiracy to Commit Sex Trafficking
### (18 U.S.C. § 371)

From in or around April 2019, through in or around February 2020, within the Houston Division of the Southern District of Texas and elsewhere, Defendant,

**ASIA MONAE HAILEY aka Momo**

did knowingly and willfully combine, conspire, confederate, and agree with one or more persons known and unknown to commit certain offenses against the United States, namely: to commit sex trafficking, in violation of 18 U.S.C. § 1591(a)(1), (b)(1), (b)(2), and (c).

In furtherance of the conspiracy and to effect the object of the conspiracy, the following overt act(s), among others, were committed in the Southern District of Texas: (a) In or about August 2019, through in or around September 2019, Defendant drove minor victims to the "Blade" on Bissonnet Street, in Houston, Texas, for the purpose of the victims to engage in commercial sex act(s).

NICHOLAS J. GANJEI
United States Attorney

By:  _____
EUN KATE SUH
ANTHONY FRANKLYN
Assistant United States Attorneys